Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 05 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | |
| Eddy Boche | Case Number: 4:11CR00156-09-JLH |
| | USM 26638-009 |

**Date of Original Judgment:** <u>March 6, 2013</u>

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.

**X** GRANTED and the defendant's previously imposed sentence of imprisonment of 60 months **is reduced to 48 months.**

Except as provided above, all provisions of the judgment dated March 6, 2013 will remain in effect.

**IT IS SO ORDERED.**

Order Date: _Nov. 5, 2014_

_____
United States District Judge

Effective Date: <u>November 1, 2015</u>
(If different from order date)